UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-94-B0-1

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) |
| | ) |
| KIMITHI L. DAVIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the defendant's motion to extend his reporting date with the United States Bureau of Prisons. For good cause shown, it is hereby ORDERED that the date is extended to 2 December 2011. The defendant shall report no earlier than on 2 December 2011 to the facility designated by the Bureau of Prisons.

This the 17 day of Ocotber, 2011.

TERRENCE W. BOYLE
United States District Judge