UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-94-B0-1

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) |
| | ) |
| KIMITHI L. DAVIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the defendant's motion to extend his reporting date with the United States Bureau of Prisons. For good cause shown, it is hereby ORDERED that the date is extended to 1 February 2011. The defendant shall report no earlier than on 1 February 2012 to the facility designated by the Bureau of Prisons. The Court again recommends that the defendant be designated to a medical facility.

This the 30 day of November, 2011.

TERRENCE W. BOYLE
United States District Judge