UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-94-B0-1

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| KIMITHI L. DAVIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the defendant's tenth motion to extend his reporting date with the United States Bureau of Prisons. For good cause shown, it is hereby ORDERED that the date is extended to 1 ~~April~~ *March Two* 2012. The defendant shall report no earlier than on 1 ~~April~~ *March Two* 2012 to the facility to be designated by the Bureau of Prisons. The Court again specifically recommends that the defendant be designated to a medical facility.

This the *30* day of January, 2012.

*[signature]*
TERRENCE W. BOYLE
United States District Judge