UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-CR-94-1BO

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **Kimithi L. Davis** | ) | |

On December 1, 2010, Kimithi L. Davis appeared before the Honorable Terrence W. Boyle, U.S. District Court Judge in the Eastern District of North Carolina, for sentencing following his guilty plea to 18 U.S.C. § 1956(h), Conspiracy to Commit Money Laundering and to Engage in Monetary Transactions Relating to Property Derived from Unlawful Activity. The court ordered that he serve 53 months in custody, to be followed by 3 years of supervised release. Further, the court allowed him to voluntarily surrender. The defendant's most recent self-surrender date is March 3, 2012.

On February 24, 2012, the probation office received information from the Federal Bureau of Investigation that the defendant was involved in additional criminal activity from August 2011 through December 2011, while on release pending surrender to begin the previously imposed sentence. In light of this information, **IT IS HEREBY ORDERED** that the court's order of December 1, 2010, allowing the defendant to voluntarily surrender, be stricken and the defendant be taken into immediate custody for service of his previously ordered 53-month sentence.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order.

This the 28 day of February, 2012.

Terrence W. Boyle
U.S. District Judge