IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-94-BO

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          O R D E R
                                  )
KIMITHI L. DAVIS                  )

This matter comes before the Court by motion of the United States to destroy certain evidence seized during the investigation. The Defendant, through counsel, is aware of the motion.

Pursuant to his written plea agreement, Defendant agreed to "forfeit[] and otherwise waive[] any ownership right in all items seized during the investigation of the acts alleged in the Bill of Information." [D.E. 10 at ¶2.e.].   In addition, the Defendant agreed and acknowledged that this Court "has jurisdiction over the disposition of such items and may order the investigative agency to dispose of the items in such manner as provided by the agency's regulations." [D.E. 10 at ¶2.e.].

For the reasons set forth in the Government's motion, and for good cause shown, the motion is hereby GRANTED. The investigating agency is hereby authorized to destroy all items listed in the Inventory attached to the motion.

SO ORDERED THIS  ⎽⎽5⎽⎽  DAY OF JULY 2012.


⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
HONORABLE TERRENCE W. BOYLE
United States District Court Judge